IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| RICHARD OWEN,<br><br>    Plaintiff,<br><br> v.<br><br>CAROLYN W. COLVIN, in her capacity as Acting Commissioner of the Social Security Administration,<br><br>    Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br><br>Case No. 1:13-CV-00141<br><br>Judge Robert J. Shelby |

  This case has been referred to Magistrate Judge Brooke Wells pursuant to 28 U.S.C. § 626(b)(1)(B). Plaintiff Richard Owen has challenged the denial of his applications for Period of Disability, Disability Insurance Benefits and Supplemental Security Income. Pursuant to 42 U.S.C. § 405(g), he seeks to reverse the determination of the Social Security Administration Commissioner, on the basis of alleged errors made by the Administrative Law Judge.

  Judge Wells issued a Report & Recommendation on March 10, 2015. (Dkt. 25.) Judge Wells recommended the court affirm the Commissioner's decision. Neither party submitted an objection to the Report & Recommendation within the allotted time frame.[1] In the absence of an objection to a report and recommendation, the court may apply a "clearly erroneous" standard of review when evaluating a report and recommendation. Under this standard, the court "will

---

[1] Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b).

affirm the Magistrate Judge's ruling unless [the court] . . . is left with the definite and firm conviction that a mistake has been committed."[2]

After reviewing the briefing, record, and relevant legal authorities, the court concludes that Judge Wells did not err in her analysis. The court therefore ADOPTS the Recommendation, and **AFFIRMS** the decision of the Commissioner. (Dkt. 25.) The Clerk of Court is directed to close the case.

SO ORDERED this 30th day of March, 2015.

BY THE COURT:

ROBERT J. SHELBY
United States District Judge

---

[2] *Thompson v. Astrue*, 2010 WL 1944779, at *1 (D. Utah May 11, 2010) (internal quotation marks and citations omitted).